THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT H. ENOS, Appellant.—Appeal from a judgment of the Tompkins County Court, rendered February 8, 1977 upon a verdict convicting defendant of the crime of assault in the third degree. Assault in the third degree is defined, *inter alia,* as intentionally causing physical injury to another person (Penal Law, § 120.00, subd 1). "Physical injury" means impairment of physical condition or substantial pain (Penal Law, § 10.00, subd 9) as distinguished from "Serious physical injury" (Penal Law, § 10.00, subd 10). Defendant was in a bar fight. His opponent was knocked unconscious. Defendant admitted on the stand that he walked over and kicked the prone man in the head with a foot covered in a plaster cast. In light of this admission, imperfections in the trial procedure, if any, were harmless (*People v Crimmins,* 36 NY2d 230). Judgment affirmed. Sweeney, J. P., Mahoney, Larkin, Mikoll and Herlihy, JJ., concur.